No. 04–9503. DUNLAP v. WALKER, DEPUTY WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9507. MARSHALL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–9511. HOHMANN v. WOOD, DBA WOOD OBERHOLTZER. Ct. App. Ariz. Certiorari denied.

No. 04–9512. HUGGINS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 04–9513. SEGURA v. ALEXANDER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9518. JIMENEZ v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9523. PORTER v. MICHIGAN PAROLE BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–9539. BECKLEY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–9546. TALLEY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–9581. KESELICA v. STOUFFER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 04–9582. PALMER v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9588. COMBS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 04–9607. PETWAY v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 04–9622. BAHRS v. MCCANN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–9677. ROSE v. LOOS ET AL. C. A. 9th Cir. Certiorari denied. 

No. 04–9678. RICHARDSON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.